[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12479
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 10, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00140-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEREMY RAY ROBERTS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(February 10, 2011)

Before TJOFLAT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

Paul Brown, appointed counsel for Jeremy Ray Roberts in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Roberts's conviction and sentence are **AFFIRMED**.